MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>05-49164-DDO</u>
BARNES, MICHAEL G )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>7,087.25</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>7,087.25</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|

5. The maximum allowable trustee compensation is $1,458.73. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests $1,458.73 for final compensation and $63.18 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

     (a)    $7,087.25, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---:|---:|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,458.73 | 418.90 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 63.18 | 18.14 |
| LEONARD OBRIEN SPENCER GALE & SAYRE | TRUSTEE ATTORNEY FEES | 20,551.25 | 5,901.67 |
| LEONARD, O'BRIEN, SPENCER, GALE & S | TRUSTEE ATTORNEY EXPENSES | 2,606.62 | 748.54 |
| | Total | 24,679.78 | 7,087.25 |

     (b)    $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

     (c)    $0.00, for unsecured creditors allowed in the total amount of $38,630.10, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---:|---:|
| CAPITAL ONE BANK | 000007 | 3,615.24 | 0.00 |
| CENTERPOINT ENERGY MN GAS | 000004 | 2,978.14 | 0.00 |
| CITIBANK SOUTH DAKOTA | 000006 | 14,048.54 | 0.00 |
| CITIBANK USA NA | 000005 | 1,626.82 | 0.00 |
| ECAST SETTLEMENT CORPORATION* | 000003 | 3,939.44 | 0.00 |
| TARGET NATIONAL BANK | 000002 | 7,863.93 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY | 000001 | 4,557.99 | 0.00 |
| Total | | $38,630.10 | $0.00 |

7.     The trustee's distribution of gross receipts of $7,087.25 from liquidation of all property of the estate is summarized below:

| | | |
|---:|---|---|
| $        418.90 | a. | Trustee Compensation |
| $     5,901.67 | b. | Fee for Attorney for Trustee |
| $            0.00 | c. | Fee for Attorney for Debtor |
| $            0.00 | d. | Other Professionals |
| $        766.68 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $            0.00 | f. | Secured Creditors |
| $            0.00 | g. | Priority Creditors |
| $            0.00 | h. | Unsecured Creditors |
| $            0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $     7,087.25 | j. | SUBTOTAL (sum of lines a through i) |
| $            0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $     7,087.25 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.     The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  September 20, 2007           /e/ Randall L. Seaver
                                     RANDALL L. SEAVER, Trustee
                                     12400 PORTLAND AVENUE SOUTH
                                     SUITE 132
                                     BURNSVILLE, MN  55337
                                     (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: _November 9, 2007_____            HABBO G. FOKKENA
                                                                        UNITED STATES TRUSTEE
                                                                           Region 12

                                                              By:_____Glenn D Swenson_____

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-49164  DDO  Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BARNES, MICHAEL G | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | | 341(a) Meeting Date: | 12/27/05 |
| For Period Ending: | 09/26/07 | Claims Bar Date: | 05/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 89.14 | 76.15 | | 76.15 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 3,100.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. WEARING APPAREL | 550.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. WATCH | 100.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. IRA | 6,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. SEP | 1,500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1998 MAZDA MILLENIA | 120.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. HOMESTEAD | 291,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. RENTAL AT 1830 BRYANT | 94,000.00 | 0.00 | OA | 0.00 | FA |
|    LIEN IN EXCESS OF SCHEDULED VALUE | | | | | |
| 11. RENTAL AT 2636 PENN | 111,500.00 | 0.00 | OA | 0.00 | FA |
|    LIEN TO EXTENT OF SCHEDULED VALUE | | | | | |
| 12. 1/2 OWNERSHIP IN TIMESHARE AT BREEZY POINT | Unknown | 0.00 | OA | 0.00 | FA |
|    1 WEEK PER YEAR; OTHER HALF INTEREST OWNED BY DEBTOR'S EX-WIFE | | | | | |
| 13. AVOIDABLE TRANSFER TO TIMOTHY BARNES (u) | 0.00 | 40,000.00 | | 7,000.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.10 | FA |
| 15. POSSIBLE "CARRY BACK" INTEREST | 0.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 12.10a

Case No:  05-49164    DDO    Judge: Dennis D. O'Brien
Case Name:  BARNES, MICHAEL G

Trustee Name:  RANDALL L. SEAVER
Date Filed (f) or Converted (c):  10/13/05 (f)
341(a) Meeting Date:  12/27/05
Claims Bar Date:  05/30/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $ 507,959.14 | $ 40,076.15 | | $ 7,087.25 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/07    Current Projected Date of Final Report (TFR): 12/31/07

| Case No: | 05-49164 -DDO | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | BARNES, MICHAEL G | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8184 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3747 | | | |
| For Period Ending: | 09/26/07 | | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/06 | 1 | City-County Federal<br>302 South Sixth St.<br>Minneapolis, MN 55415 | BANK ACCOUNT | 1129-000 | 33.96 | | 33.96 |
| 02/23/06 | 1 | City-County Federal<br>302 South Sixth Street<br>Minneapolis, MN 55425-1308 | BANK ACCOUNT | 1129-000 | 42.19 | | 76.15 |
| 03/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.21 |
| 04/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.27 |
| 05/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.07 | | 76.34 |
| 06/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.40 |
| 07/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.46 |
| 08/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.52 |
| 09/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.58 |
| 10/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.07 | | 76.65 |
| 11/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.71 |
| 12/29/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.77 |
| 01/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.07 | | 76.84 |
| 02/28/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.90 |
| 03/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 76.96 |
| 04/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.07 | | 77.03 |
| 05/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.07 | | 77.10 |
| 06/29/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.06 | | 77.16 |
| 07/17/07 | 13 | TIMOTHY BARNES<br>2655 WEDGEWOOD DR WEST<br>FLORISSANT, MO 63033 | AVOIDABLE TRANSFER | 1241-000 | 7,000.00 | | 7,077.16 |
| 07/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.33 | | 7,079.49 |
| 08/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.01 | | 7,085.50 |
| 09/12/07 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.75 | | 7,087.25 |

Page Subtotals 7,087.25 0.00

Ver: 12.10a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49164 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BARNES, MICHAEL G | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8184 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3747 | | |
| For Period Ending: | 09/26/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/12/07 | | Transfer to Acct #*******1353 | Final Posting Transfer | 9999-000 | | 7,087.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,087.25 | 7,087.25 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,087.25 | |
| Subtotal | 7,087.25 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,087.25 | 0.00 | |

Page Subtotals   0.00   7,087.25

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-49164 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BARNES, MICHAEL G | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1353 Checking - Non Interest |
| Taxpayer ID No: | *******3747 | | |
| For Period Ending: | 09/26/07 | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/07 | | Transfer from Acct #*******8184 | Transfer In From MMA Account | 9999-000 | 7,087.25 | | 7,087.25 |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 7,087.25 | 0.00 | 7,087.25 |
| | Less: Bank Transfers/CD's | | 7,087.25 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********8184 | 7,087.25 | 0.00 | 0.00 |
| Checking - Non Interest - ********1353 | 0.00 | 0.00 | 7,087.25 |
| | 7,087.25 | 0.00 | 7,087.25 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,087.25    0.00

Ver: 12.10a

LFORM24

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---:|---:|---:|---:|---:|
| | Beginning Balance | | | | | | | $7,087.25 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $7,087.25 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $7,087.25 |
| 000009 | LEONARD OBRIEN SPENCER GALE & SAYRE | Admin | 025 | $20,551.25 | $0.00 | $20,551.25 | $5,901.67 | $1,185.58 |
| 000010 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE | Admin | 025 | $2,606.62 | $0.00 | $2,606.62 | $748.54 | $437.04 |
| 000011 | RANDALL L SEAVER, TRUSTEE | Admin | 025 | $1,458.73 | $0.00 | $1,458.73 | $418.90 | $18.14 |
| 000012 | RANDALL L SEAVER, TRUSTEE* | Admin | 025 | $63.18 | $0.00 | $63.18 | $18.14 | $0.00 |
| 000001 | WILMINGTON SAVINGS FUND SOCIETY | Unsec | 070 | $4,557.99 | $0.00 | $4,557.99 | $0.00 | $0.00 |
| 000002 | TARGET NATIONAL BANK | Unsec | 070 | $7,863.93 | $0.00 | $7,863.93 | $0.00 | $0.00 |
| 000003 | eCAST SETTLEMENT CORPORATION* | Unsec | 070 | $3,939.44 | $0.00 | $3,939.44 | $0.00 | $0.00 |
| 000004 | CENTERPOINT ENERGY MN GAS | Unsec | 070 | $2,978.14 | $0.00 | $2,978.14 | $0.00 | $0.00 |
| 000005 | CITIBANK USA NA | Unsec | 070 | $1,626.82 | $0.00 | $1,626.82 | $0.00 | $0.00 |
| 000006 | CITIBANK SOUTH DAKOTA | Unsec | 070 | $14,048.54 | $0.00 | $14,048.54 | $0.00 | $0.00 |
| 000007 | CAPITAL ONE BANK | Unsec | 070 | $3,615.24 | $0.00 | $3,615.24 | $0.00 | $0.00 |

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $63,309.88 | $0.00 | $63,309.88 | $7,087.25 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-49164 DDO
**Debtor:** BARNES, MICHAEL G

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $7,087.25

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $7,087.25 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $2,087.25 | 10% of Next $45,000 | $208.73 |
| Less | - | $2,087.25 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $1,458.73
TOTAL COMPENSATION ALLOWED: $0.00
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$0.00**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

** NONE **

TOTAL EXPENSES CALCULATED: $0.00
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$0.00**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$0.00**

**DATED:** 09/26/07

SIGNED _____    TRUSTEE:   RANDALL L. SEAVER
                                                     12400 PORTLAND AVENUE SOUTH
                                                     SUITE 132
                                                     BURNSVILLE, MN  55337